■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN SWEAT, Appellant. [764 NYS2d 833] —Appeal by the defendant from a judgment of the County Court, Orange County (Berry, J.), rendered April 13, 2000, convicting him of criminal possession of a controlled substance in the fourth degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to sustain his conviction is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Hines,* 97 NY2d 56 [2001]; *People v Harris,* 300 AD2d 675 [2002], *lv denied* 99 NY2d 629 [2003]). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620 [1983]), we find that it was legally sufficient to establish his guilt of criminal possession of a controlled substance in the fourth degree beyond a reasonable doubt (*see People v Polanco,* 228 AD2d 229 [1996]; *People v Morales,* 162 AD2d 128 [1990]). Moreover upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

The defendant's contention that he was denied the effective assistance of counsel is without merit (*see People v Benevento*, 91 NY2d 708 [1998]; *People v Baldi*, 54 NY2d 137 [1981]).

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Smith, J.P., Luciano, H. Miller and Adams, JJ., concur.